UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELIZABETH GONZALEZ,**

    **Plaintiff,**

vs.                                CASE NO.: 8:20-cv-3054-T-30JSS

**UNUM LIFE INSURANCE
COMPANY OF AMERICA,**

    **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW, the Plaintiff and the Defendant, by and through the undersigned counsel and hereby notify the Court that this matter was settled pursuant to Local Rule 3.09(b). The parties will file an appropriate Stipulation dismissing this matter once the final settlement documents have been executed.

Date: March 23, 2021

| | |
|---|---|
| _/s/Gregory D. Swartwood_ | _/s/Timon V. Sullivan_ |
| Gregory D. Swartwood, Esquire | Timon V. Sullivan, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 283010 |
| The Nation Law Firm, LLP | Ogden & Sullivan, P.A. |
| 570 Crown Oak Centre Drive | 5422 Bay Center Drive, Suite 100 |
| Longwood, FL  32750 | Tampa, FL, 33609-3420 |
| Telephone:  (407) 339-1104 | Telephone:  (813) 223-5111 |
| Facsimile:   (407) 339-1118 | Facsimile:  (813) 229-2336 |
| E-mail:  gswartwood@nationlaw.com | E-mail:  TSullivan@ogdensullivan.com |
| Attorneys for Plaintiff | Attorneys for Defendant |