UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELIZABETH GONZALEZ,**

    **Plaintiff,**

vs.                                                CASE NO.: 8:20-cv-3054-T-30JSS

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

    **Defendant.**

_____ /

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, the Plaintiff and the Defendant, by and through the undersigned counsel, and hereby state as follows:

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and fees.

Date:  April 7, 2021

| | |
|---|---|
| _/s/Gregory D. Swartwood_ | /s/_Timon V. Sullivan_ |
| Gregory D. Swartwood, Esquire | Timon V. Sullivan, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 283010 |
| The Nation Law Firm, LLP | Ogden & Sullivan, P.A. |
| 570 Crown Oak Centre Drive | 5422 Bay Center Drive, Suite 100 |
| Longwood, FL  32750 | Tampa, FL, 33609-3420 |
| Telephone:  (407) 339-1104 | Telephone:  (813) 223-5111 |
| Facsimile:   (407) 339-1118 | Facsimile:  (813) 229-2336 |
| E-mail:  gswartwood@nationlaw.com | E-mail:  TSullivan@ogdensullivan.com |
| Attorneys for Plaintiff | Attorneys for Defendant |